# 1279CR00707 Commonwealth vs. Libby, Jeremy Michael

- **Case Type:** Indictment
- **Case Status:** Open
- **File Date:** 07/31/2012
- **DCM Track:** C - Most Complex
- **Initiating Action:** RAPE OF CHILD WITH FORCE c265 §22A
- **Status Date:** 07/31/2012
- **Case Judge:** Carey, Hon. Richard J
- **Next Event:**

**All Information** | **Party** | **Charge** | **Event** | **Tickler** | **Docket** | **Disposition**

## Party Information

**Commonwealth**
- Prosecutor

**Alias**

**Party Attorney**
- Attorney
- McMahon, Esq., Katherine E
- Bar Code
- 338410
- Address
- Office of the Hampden District Attorney
- Roderick L Ireland Courthouse
- 50 State Street
- Springfield, MA  01102
- Phone Number
- (413)505-5905

**More Party Information**

**Libby, Jeremy Michael**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- LeVert, Esq., Suzanne
- Bar Code
- 684060
- Address
- LeVert Law
- 203 Washington St Suite 120
- Salem, MA  01970
- Phone Number
- (978)741-0800

**More Party Information**

## Party Charge Information

- **Libby, Jeremy Michael**
- - Defendant
  Charge # 1:
  **265/22A/A-1 - Felony**    RAPE OF CHILD WITH FORCE c265 §22A

- Original Charge
  - 265/22A/A-1 RAPE OF CHILD WITH FORCE c265 §22A (Felony)
  - Indicted Charge
  - 
  - Amended Charge
  - 

**Charge Disposition**

Disposition Date
Disposition
01/10/2017
Guilty Verdict

- **Libby, Jeremy Michael**
- Defendant
  Charge # 2:
  **265/22A/A-1 - Felony**     RAPE OF CHILD WITH FORCE c265 §22A

- Original Charge
  - 265/22A/A-1 RAPE OF CHILD WITH FORCE c265 §22A (Felony)
  - Indicted Charge
  - Amended Charge

  **Charge Disposition**
  Disposition Date
  Disposition
  01/10/2017
  Guilty Verdict

- **Libby, Jeremy Michael**
- Defendant
  Charge # 3:
  **265/22A/A-0 - Felony**     RAPE OF CHILD WITH FORCE c265 §22A

- Original Charge
  - 265/22A/A-0 RAPE OF CHILD WITH FORCE c265 §22A (Felony)
  - Indicted Charge
  - Amended Charge

  **Charge Disposition**
  Disposition Date
  Disposition
  01/10/2017
  Guilty Verdict

- **Libby, Jeremy Michael**
- Defendant
  Charge # 4:
  **265/22A/A-0 - Felony**     RAPE OF CHILD WITH FORCE c265 §22A

- Original Charge
  - 265/22A/A-0 RAPE OF CHILD WITH FORCE c265 §22A (Felony)
  - Indicted Charge
  - Amended Charge

  **Charge Disposition**
  Disposition Date
  Disposition
  01/10/2017
  Guilty Verdict

- **Libby, Jeremy Michael**
- Defendant
  Charge # 5:
  **265/13B/A-5 - Felony**     INDECENT A&B ON CHILD UNDER 14 c265 §13B

- Original Charge
  - 265/13B/A-5 INDECENT A&B ON CHILD UNDER 14 c265 §13B (Felony)
  - Indicted Charge
  - Amended Charge

  **Charge Disposition**
  Disposition Date
  Disposition
  01/10/2017
  Nolle Prosequi

- **Libby, Jeremy Michael**
- Defendant
  Charge # 6:
  **265/13B/A-5 - Felony**     INDECENT A&B ON CHILD UNDER 14 c265 §13B

- Original Charge
  - 265/13B/A-5 INDECENT A&B ON CHILD UNDER 14 c265 §13B (Felony)
  - Indicted Charge
  - Amended Charge

- 
  **Charge Disposition**  
  Disposition Date  
  Disposition  
  01/10/2017  
  Nolle Prosequi

- **Libby, Jeremy Michael**
- - Defendant
  
  Charge # 7:
  
  265/13B/A-3 - Felony      INDECENT A&B ON CHILD UNDER 14 c265 §13B

- Original Charge
- 265/13B/A-3 INDECENT A&B ON CHILD UNDER 14 c265 §13B (Felony)
- Indicted Charge
- 
- Amended Charge
- 
- 
  **Charge Disposition**  
  Disposition Date  
  Disposition  
  01/10/2017  
  Nolle Prosequi

- **Libby, Jeremy Michael**
- - Defendant
  
  Charge # 8:
  
  265/13B/A-3 - Felony      INDECENT A&B ON CHILD UNDER 14 c265 §13B

- Original Charge
- 265/13B/A-3 INDECENT A&B ON CHILD UNDER 14 c265 §13B (Felony)
- Indicted Charge
- 
- Amended Charge
- 
- 
  **Charge Disposition**  
  Disposition Date  
  Disposition  
  01/10/2017  
  Nolle Prosequi

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 08/22/2012 09:01 AM | Criminal 1 - Ct. Rm. 1 | | Arraignment | | Held as Scheduled |
| 11/19/2012 09:23 AM | Criminal 1 - Ct. Rm. 1 | | Hearing | | Held as Scheduled |
| 02/19/2013 09:19 AM | Criminal 1 - Ct. Rm. 1 | | Pre-Trial Hearing | | Held as Scheduled |
| 04/19/2013 09:23 AM | Criminal 1 - Ct. Rm. 1 | | Hearing on Motion to Continue | | Held as Scheduled |
| 04/22/2013 09:15 AM | Criminal 1 - Ct. Rm. 1 | | Evidentiary Hearing on Suppression | | Not Held |
| 05/14/2013 09:15 AM | CR Session 5 - Ct. Rm 3 | | Evidentiary Hearing on Suppression | | |
| 05/14/2013 09:15 AM | Criminal 1 - Ct. Rm. 1 | | Evidentiary Hearing on Suppression | | Not Held |
| 05/21/2013 03:00 PM | CR Session 5 - Ct. Rm 3 | | Evidentiary Hearing on Suppression | | Held as Scheduled |
| 06/24/2013 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Status Review | | Held as Scheduled |
| 07/29/2013 09:39 AM | Criminal 1 - Ct. Rm. 1 | | Final Pre-Trial Conference | | Held as Scheduled |
| 08/06/2013 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Status Review | | Held as Scheduled |
| 08/12/2013 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Rescheduled |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 09/11/2013 09:37 AM | Criminal 1 - Ct. Rm. 1 | | Hearing for Funds | | Held as Scheduled |
| 09/12/2013 09:23 AM | Criminal 1 - Ct. Rm. 1 | | Hearing on Motion to Continue | | Held as Scheduled |
| 09/12/2013 09:39 AM | Criminal 1 - Ct. Rm. 1 | | Final Pre-Trial Conference | | Rescheduled |
| 09/26/2013 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Rescheduled |
| 10/17/2013 09:37 AM | Criminal 1 - Ct. Rm. 1 | | Hearing for Funds | | Rescheduled |
| 01/08/2014 09:39 AM | Criminal 1 - Ct. Rm. 1 | | Final Pre-Trial Conference | | Rescheduled |
| 01/27/2014 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Rescheduled |
| 02/10/2014 09:29 AM | Criminal 1 - Ct. Rm. 1 | | Bail Hearing | | Held as Scheduled |
| 03/07/2014 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Status Review | | Rescheduled |
| 04/03/2014 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Status Review | | Rescheduled |
| 07/21/2014 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Status Review | | Rescheduled |
| 01/23/2015 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Status Review | | Held as Scheduled |
| 04/14/2015 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Status Review | | Held as Scheduled |
| 05/13/2015 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Status Review | | Not Held |
| 06/15/2015 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Status Review | | Not Held |
| 07/14/2015 09:35 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Conference to Review Status | Rup, Hon. Mary-Lou | Held as Scheduled |
| 10/13/2015 09:39 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Final Pre-Trial Conference | McDonough, Jr., Hon. Edward J | Held as Scheduled |
| 10/26/2015 09:07 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Jury Trial | McDonough, Jr., Hon. Edward J | Not Held |
| 12/07/2015 09:11 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Hearing for Change of Plea | Mason, Hon. Mark D | Not Held |
| 12/21/2015 09:39 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Final Pre-Trial Conference | Mason, Hon. Mark D | Not Held |
| 12/22/2015 09:39 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Final Pre-Trial Conference | Mason, Hon. Mark D | Held as Scheduled |
| 01/07/2016 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Not Held |
| 02/23/2016 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Not Held |
| 03/17/2016 09:00 AM | CR Session 6 - Ct. Rm 7 | SPRF-3rd FL, CR 6 (SC) | Conference to Review Status | Page, Hon. Tina | Held as Scheduled |
| 03/17/2016 09:23 AM | Criminal 1 - Ct. Rm. 1 | | Motion Hearing | Carey, Hon. Richard J | Held as Scheduled |
| 03/24/2016 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Conference to Review Status | Carey, Hon. Richard J | Held as Scheduled |
| 03/30/2016 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Conference to Review Status | Carey, Hon. Richard J | Held as Scheduled |
| 06/10/2016 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Not Held |
| 06/24/2016 09:00 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | Page, Hon. Tina | Not Held |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 07/05/2016 09:00 AM | CR Session 2 - Ct. Rm 2 | SPRF-3rd FL, CR 4 (SC) | Jury Trial | McDonough, Jr., Hon. Edward J | Not Held |
| 07/28/2016 09:35 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Conference to Review Status | Mason, Hon. Mark D | Held as Scheduled |
| 08/12/2016 09:15 AM | Criminal 1 - Ct. Rm. 1 | | Evidentiary Hearing on Suppression | | Not Held |
| 08/19/2016 09:17 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Non-Evidentiary Hearing to Dismiss | Ferrara, Hon. John S | Held as Scheduled |
| 10/07/2016 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Not Held |
| 10/31/2016 09:35 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Conference to Review Status | McDonough, Jr., Hon. Edward J | Held as Scheduled |
| 11/03/2016 09:07 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Jury Trial | McDonough, Jr., Hon. Edward J | Not Held |
| 11/18/2016 09:35 AM | Criminal 1 - Ct. Rm. 1 | | Conference to Review Status | | Canceled |
| 01/03/2017 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Not Held |
| 01/03/2017 10:00 AM | CR Session 2 - Ct. Rm 2 | SPRF-2nd FL, CR 8 (SC) | Jury Trial | Carey, Hon. Richard J | Not Held |
| 01/04/2017 09:00 AM | CR Session 2 - Ct. Rm 2 | SPRF-2nd FL, CR 8 (SC) | Jury Trial | Carey, Hon. Richard J | Held as Scheduled |
| 01/05/2017 09:00 AM | CR Session 2 - Ct. Rm 2 | SPRF-2nd FL, CR 8 (SC) | Jury Trial | Carey, Hon. Richard J | Held as Scheduled |
| 01/06/2017 09:00 AM | CR Session 2 - Ct. Rm 2 | SPRF-2nd FL, CR 8 (SC) | Jury Trial | Carey, Hon. Richard J | Held as Scheduled |
| 01/10/2017 02:00 PM | CR Session 2 - Ct. Rm 2 | SPRF-2nd FL, CR 8 (SC) | Hearing for Sentence Imposition | Carey, Hon. Richard J | Held as Scheduled |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Pre-Trial Hearing | 08/22/2012 | 08/22/2012 | 0 | 09/25/2014 |
| Final Pre-Trial Conference | 08/22/2012 | 08/03/2013 | 346 | 09/25/2014 |
| Case Disposition | 08/22/2012 | 08/17/2013 | 360 | 09/25/2014 |
| Under Advisement | 08/19/2016 | 09/18/2016 | 30 | 01/10/2017 |
| Under Advisement | 10/31/2016 | 11/30/2016 | 30 | 01/10/2017 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/31/2012 | Indictment returned | 1 | Image |
| 08/07/2012 | Summons for arraignment issued ret 8-22-12 | 2 | |
| 08/22/2012 | Deft arraigned before Court | | |
| 08/22/2012 | Appointment of Counsel Marissa Elkins, pursuant to Rule 53 | | |
| 08/22/2012 | Deft waives reading of indictments | | |
| 08/22/2012 | RE Offense 1:Plea of not guilty | | |
| 08/22/2012 | RE Offense 2:Plea of not guilty | | |
| 08/22/2012 | RE Offense 3:Plea of not guilty | | |
| 08/22/2012 | RE Offense 4:Plea of not guilty | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 08/22/2012 | RE Offense 5:Plea of not guilty | | |
| 08/22/2012 | RE Offense 6:Plea of not guilty | | |
| 08/22/2012 | RE Offense 7:Plea of not guilty | | |
| 08/22/2012 | RE Offense 8:Plea of not guilty | | |
| 08/22/2012 | Deft released on personal recognizance without prejudice with conditions 1) GPS 2) Reside at 6 Southern Raod, Springfield 3) Stay out of Palmer 4) Curfew 6:00 PM - 6:00 AM 5) No contact with anyone under 16 6) Abide by restraining order 7) No contact / stay away from alleged victim (Kinder, J.) | | |
| 08/22/2012 | Bail warning read (Kinder, J.) | | |
| 08/22/2012 | Notice of assignment of counsel filed. (Peter A. Velis, Justice) | 3 | |
| 08/22/2012 | Deft released on personal recognizance | | |
| 08/22/2012 | Recognizance form filed. | 4 | |
| 08/22/2012 | Assigned to track "C" see scheduling order | | |
| 08/22/2012 | Tracking deadlines Active since return date | | |
| 08/30/2012 | Commonwealth files Stipulation of use and Dissemination | 5 | |
| 11/09/2012 | MOTION by Commonwealth: to compel deoxyribonucleic acid (DNA) sample | 6 | |
| 11/09/2012 | Commonwealth files memorandum in support of motion for order to compel taking of DNA sample of the defendant | 7 | |
| 11/19/2012 | MOTION (P#6) allowed (C.J. Moriarty, Justice) | | |
| 11/19/2012 | Court ORDER (C.J. Moriarty, Justice) | 8 | |
| 02/19/2013 | Pre-trial conference report filed | 9 | |
| 04/12/2013 | MOTION by Deft: to suppress statements | 10 | |
| 04/12/2013 | Affidavit of counsel | 10.1 | |
| 04/19/2013 | MOTION by Commonwealth: to continue | 11 | |
| 04/19/2013 | MOTION (P#11) allowed (Richard J. Carey, Justice). | | |
| 05/14/2013 | ExParte MOTION by Deft: for Funds for an Investigator | 12 | |
| 05/14/2013 | Affidavit | 12.1 | |
| 05/14/2013 | MOTION (P#12) allowed - funds not to exceed $1,500.00 (Page, J.) | | |
| 05/14/2013 | Commonwealth files Opposition to defendant's Motion to suppress statements | 13 | |
| 05/14/2013 | Stipulation as to timeline of events | 14 | |
| 05/21/2013 | Deft files memorandum of law in support of motion to suppress statements | 14.1 | |
| 05/21/2013 | Commonwealth files supplemental opposition to defendnat's motion to suppress statements- re: voluntariness | 14.2 | |
| 06/24/2013 | Defendant's oral motion to extend curfew- Allowed, curfew extended to 8:00 p.m. for work purposes only (Page, J) | | |
| 07/29/2013 | MOTION to continue | 15 | |
| 07/29/2013 | MOTION (P#15) allowed (Rup, Justice). | | |
| 07/29/2013 | Affidavit Pursuant to c.278 sec.16F | 15.1 | |
| 09/10/2013 | MOTION by Deft: To Continue | 16 | |
| 09/10/2013 | MOTION by Deft: For Funds For DNA Expert | 17 | |
| 09/10/2013 | Deft files Affidavit | 17.1 | |
| 09/11/2013 | MOTION (P#17) allowed (Richard Carey, Justice) | | |
| 09/12/2013 | MOTION (P#16) allowed (Richard Carey, Justice) | | |
| 09/12/2013 | Affidavit pursuant to c. 278 sec. 16F | 18 | |
| 10/15/2013 | MOTION by Deft: for Discovery | 19 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/15/2013 | MOTION by Deft: for Disclosure of DNA-related Testing RE:Chain of Custody and Item-Specific Data | 20 | |
| 10/15/2013 | MOTION by Deft: for discovery of DNA-related Testing (II); RE; Qualifications, Literature and Evidence of Bias for All Experts, Consultants, and Laboratory Personnel | 21 | |
| 10/15/2013 | MOTION by Deft: for Discovery of DNA-Related Testing (III) RE: Quality control, Proficiency Testing, and Error Rates | 22 | |
| 11/22/2013 | Finding by Court: Findings of Fact, Rulings of Law, and Order Introduction (Rup, Justice) N 11-29-13 | 23 | |
| 12/02/2013 | MOTION by Commonwealth: for Stay of Proceedings | 24 | |
| 12/02/2013 | Commonwealth files Notice of Interlocutory Appeal | 25 | |
| 02/10/2014 | Bail Modified Presonal Recog. Remains. Strike GPS, Curfew Provision (Richard J. Carey, Justice) | | |
| 02/10/2014 | Recognizance form filed. | 26 | |
| 03/19/2014 | At SJC for Suffolk County. Notice of Docket Entry: ORDER:..."it is ORDERED that the Commonwealth's application for leave to pursue an interlocutory appeal be, and hereby is, ALLOWED."...(Lenk,J.) | 27 | |
| 03/25/2014 | Notice of assignment of counsel filed. (Edward J. McDonough, Justice) | 28 | |
| 07/01/2014 | Court Reporter Marzano (Santos), Elizabeth is hereby notified to prepare one copy of the transcript of the evidence of 05/14/2013 | 29 | |
| 07/01/2014 | Court Reporter Donnellan, Judith L is hereby notified to prepare one copy of the transcript of the evidence of 05/21/2013 | 30 | |
| 09/11/2014 | Transcript of testimony received 1-Email (Transcript in PDF form ) of 5/14/13 date to be burned to CD from Transcript of proceedings from Court Reporter Marzano (Santos), Elizabeth | | |
| 09/15/2014 | Transcript of testimony received 1-CD dated 5/21/13 Transcript of proceedings from Court Reporter Donnellan, Judith L | | |
| 09/16/2014 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) | 31 | |
| 09/25/2014 | Notice of Entry of appeal received from the Appeals Court | 32 | |
| 10/09/2014 | At Appeals Court, Boston: Notice of Docket Entry (See Pleading) | 33 | |
| 10/15/2014 | Exhibits filed Evident Hearing | 34 | |
| 06/15/2015 | Event Result:<br>The following event: Status Review scheduled for 06/15/2015 09:35 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Request of Defendant<br>Appeared: | | |
| 07/14/2015 | Event Result:<br>The following event: Conference to Review Status scheduled for 07/14/2015 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled<br>Appeared: | | |
| 08/06/2015 | Rescript received from Supreme Judicial Court; judgment REVERSED The suppression of the defendant's June 27 statements is reversed. and the suppression of the defendant's June 28 statements is affirmed. The case is remanded to the Superior Court further proceedings consistant with the opinion on file. N. 8/3/15. | 35 | |
| 10/13/2015 | Event Result:<br>The following event: Final Pre-Trial Conference scheduled for 10/13/2015 09:39 AM has been resulted as follows:<br>Result: Held as Scheduled | | |
| 10/13/2015 | Joint Pre-Trial Memorandum filed: | 36 | |
| 10/26/2015 | Defendant 's Joint  Motion to continue | 37 | |
| 10/26/2015 | Endorsement on Motion to continue, (#37.0):  ALLOWED | | |
| 10/26/2015 | Event Result:<br>The following event: Jury Trial scheduled for 10/26/2015 09:07 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Joint request of parties | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 12/07/2015 | Event Result:<br>The following event: Hearing for Change of Plea scheduled for 12/07/2015 09:11 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Request of Defendant | | |
| 12/21/2015 | Event Result:<br>The following event: Final Pre-Trial Conference scheduled for 12/21/2015 09:39 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Request of Defendant | | |
| 12/22/2015 | Event Result:<br>The following event: Final Pre-Trial Conference scheduled for 12/22/2015 09:39 AM has been resulted as follows:<br>Result: Held as Scheduled | | |
| 12/22/2015 | Event Result:<br>The following event: Jury Trial scheduled for 01/07/2016 09:07 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Request of Commonwealth | | |
| 12/22/2015 | Commonwealth 's   Motion to continue | 38 | |
| 12/22/2015 | Affidavit filed by Other Interested Party Commonwealth in support of motion to continue | 38.1 | |
| 12/22/2015 | Joint Pre-Trial Memorandum filed: | 39 | |
| 12/22/2015 | Endorsement on Motion to continue, (#38.0):  ALLOWED | | |
| 02/23/2016 | Event Result:<br>The following event: Jury Trial scheduled for 02/23/2016 09:07 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Other event activity needed<br>SENT TO FIRST SESSION TRIAL POOL<br>2/24/16: SENT TO JUDGE PAGE'S TRIAL SESSION | | |
| 02/23/2016 | Defendant 's   Motion for attorney-conducted voir dire | 40 | |
| 03/17/2016 | Event Result:<br>The following event: Conference to Review Status scheduled for 03/17/2016 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled | | |
| 03/17/2016 | Event Result:<br>The following event: Conference to Review Status scheduled for 03/17/2016 09:35 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Joint request of parties | | |
| 03/17/2016 | Event Result:<br>The following event: Motion Hearing scheduled for 03/17/2016 09:23 AM has been resulted as follows:<br>Result: Held as Scheduled | | |
| 03/17/2016 | Commonwealth 's   Motion to Continue | 41 | |
| 03/17/2016 | Endorsement on Motion to Continue, (#41.0):  Other action taken<br>Cont'd for status 3/24/16 | | |
| 03/24/2016 | Event Result:<br>The following event: Conference to Review Status scheduled for 03/24/2016 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | | |
| 03/30/2016 | Appearance entered<br>On this date Matthew Wood Green, Esq. dismissed/withdrawn as Attorney for the Commonwealth for Prosecutor Commonwealth | | |
| 03/30/2016 | Appearance entered<br>On this date Lee Baker, Esq. added as Attorney for the Commonwealth for Prosecutor Commonwealth | 42 | |
| 03/30/2016 | Event Result:<br>The following event: Conference to Review Status scheduled for 03/30/2016 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | | |
| 03/31/2016 | Commonwealth 's   Motion to Compel Deoxyribonucleic Accid (DNA) sample | 43 | |
| 03/31/2016 | Affidavit of Sharon M. Convery Walsh | 43.1 | |
| 03/31/2016 | Endorsement on Motion to Compel Deoxyribonucleic  Acid (DNA) sample, (#43.0):  ALLOWED | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 03/31/2016 | ORDER: Court | 44 | Image |
| 06/10/2016 | Event Result:<br>The following event: Jury Trial scheduled for 06/10/2016 09:07 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Other event activity needed | | |
| 06/24/2016 | Event Result:<br>The following event: Jury Trial scheduled for 06/24/2016 09:00 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Transferred to another session | | |
| 06/24/2016 | Event Result:<br>The following event: Jury Trial scheduled for 07/05/2016 09:00 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Other event activity needed | | |
| 07/13/2016 | General correspondence regarding Docket sheets made for Atty. Melissa Elkins | | |
| 07/18/2016 | Defendant 's   Motion to Dismiss for Violation of his Right to a Speedy Trial | 45 | |
| 07/18/2016 | Jeremy M Libby's  Memorandum in support of<br>motion to Dismiss for Violation of his Right to a Speedy Trial | 46 | |
| 07/28/2016 | Event Result:<br>The following event: Conference to Review Status scheduled for 07/28/2016 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | | |
| 08/08/2016 | Event Result:<br>The following event: Evidentiary Hearing on Suppression scheduled for 08/12/2016 09:15 AM has been resulted as follows:<br>Result: Rescheduled<br>Reason: Request of Defendant | | |
| 08/19/2016 | Matter taken under advisement<br>The following event: Non-Evidentiary Hearing to Dismiss scheduled for 08/19/2016 09:17 AM has been resulted as follows:<br>Result: Held - Under advisement | | |
| 08/19/2016 | Commonwealth's  Memorandum in opposition to<br>Defendant's motion to dismiss for speedy trial violation | 47 | |
| 10/07/2016 | Event Result:<br>The following event: Jury Trial scheduled for 10/07/2016 09:07 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Other event activity needed | | |
| 10/31/2016 | Event Result:<br>The following event: Conference to Review Status scheduled for 10/31/2016 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled   MTD under advisement<br><br>Applies To: Event Judge: McDonough, Jr., Hon. Edward J | | |
| 10/31/2016 | Endorsement on Motion to dismiss for violation of his right to a speedy trial, (#45.0):  DENIED<br>See Memo and Order dated 10/31/16 | | |
| 10/31/2016 | MEMORANDUM & ORDER:<br><br>on Defendant's motion to dismiss for violation of his right to a speedy trial | 48 | Image |
| 11/03/2016 | Event Result:<br>The following event: Conference to Review Status scheduled for 11/18/2016 09:35 AM has been resulted as follows:<br>Result: Canceled<br>Reason: Joint request of parties | | |
| 11/03/2016 | Event Result:<br>The following event: Jury Trial scheduled for 11/03/2016 09:07 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Request of Commonwealth upon filing | | |
| 11/03/2016 | Commonwealth 's   Motion to Continue | 49 | |
| 11/03/2016 | Endorsement on Motion to Continue, (#49.0):  ALLOWED<br>over Deft.'s Objection | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/03/2017 | Event Result:<br>The following event: Jury Trial scheduled for 01/03/2017 09:07 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Transferred to another session | | |
| 01/03/2017 | Event Result:<br>The following event: Jury Trial scheduled for 01/03/2017 10:00 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Other event activity needed | | |
| 01/03/2017 | Defendant 's   Motion in limine to exclude certain DNA evidence | 50 | |
| 01/03/2017 | Endorsement on Motion in limine to exclude certain DNA evidence, (#50.0):  DENIED<br>After hearing, the motion is denied. The Court finds that the probative value of this evidence is not outweighed by the risk of unfair prejudice to the defendant. See Section 404 (b)(2) of Mass. Guide to Evidence. Comm. v. Crayton, 470 Mass. 228, 249 s. 27 (2014) | | |
| 01/04/2017 | Event Result:<br>The following event: Jury Trial scheduled for 01/04/2017 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled<br>A jury was impaneled and sworn at 2:30 P.M. Evidence began at 2:50 PM.<br>The complainant testified and was excused.<br>Patricia Rivas testified and was excused.<br>Trial recessed at 4:10 PM. | | |
| 01/04/2017 | Commonwealth files request for Nolle Prosequi<br>Counts 5 through 8 | 51 | |
| 01/05/2017 | Event Result:<br>The following event: Jury Trial scheduled for 01/05/2017 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled<br><br>Alicia Cayode Kyles - Court Reporter | | |
| 01/06/2017 | Event Result:<br>The following event: Jury Trial scheduled for 01/06/2017 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled<br><br>Sara Adams - Court Reporter | | |
| 01/06/2017 | The defendant\petitioner is committed without bail for the following reason: Per Order of the Court.  Next date: 1/10/17 | | |
| 01/06/2017 | Defendant 's   Motion for requiring finding of not guilty | 52 | |
| 01/06/2017 | Endorsement on Motion for requiring finding of not guilty , (#52.0):  DENIED | | |
| 01/06/2017 | Defendant 's   Motion for requiring finding of not guilty (Renewed motion) | 53 | |
| 01/06/2017 | Endorsement on Motion for requiring finding of not guilty (Renewed motion), (#53.0):  DENIED | | |
| 01/06/2017 | Verdict affirmed, verdict slip filed<br><br>Count 1-Guilty of Forcible Rape of a Child | 54 | |
| 01/06/2017 | Verdict affirmed, verdict slip filed<br><br>Count 2-Guilty of Forcible Rape of a Child | 55 | |
| 01/06/2017 | Verdict affirmed, verdict slip filed<br><br>Count 3-Guilty of Forcible Rape of a Child | 56 | |
| 01/06/2017 | Verdict affirmed, verdict slip filed<br><br>Count 4-Guilty of Forcible Rape of a Child | 57 | |
| 01/10/2017 | Commonwealth 's   Notice of Conditions of Probation | 58 | |
| 01/10/2017 | Event Result:<br>The following event: Hearing for Sentence Imposition scheduled for 01/10/2017 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled<br><br>Sara Adams - Court Reporter | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/10/2017 | Offense Disposition:: <br><br>Charge #1 RAPE OF CHILD WITH FORCE c265 §22A <br>   On: 01/10/2017    Judge: Hon. Richard J Carey <br>   By: Jury Trial    Guilty Verdict <br><br>Charge #2 RAPE OF CHILD WITH FORCE c265 §22A <br>   On: 01/10/2017    Judge: Hon. Richard J Carey <br>   By: Jury Trial    Guilty Verdict <br><br>Charge #3 RAPE OF CHILD WITH FORCE c265 §22A <br>   On: 01/10/2017    Judge: Hon. Richard J Carey <br>   By: Jury Trial    Guilty Verdict <br><br>Charge #4 RAPE OF CHILD WITH FORCE c265 §22A <br>   On: 01/10/2017    Judge: Hon. Richard J Carey <br>   By: Jury Trial    Guilty Verdict <br><br>Charge #5 INDECENT A&B ON CHILD UNDER 14 c265 §13B <br>   On: 01/10/2017    Judge: Hon. Richard J Carey <br>   By: Jury Trial    Nolle Prosequi <br><br>Charge #6 INDECENT A&B ON CHILD UNDER 14 c265 §13B <br>   On: 01/10/2017    Judge: Hon. Richard J Carey <br>   By: Jury Trial    Nolle Prosequi <br><br>Charge #7 INDECENT A&B ON CHILD UNDER 14 c265 §13B <br>   On: 01/10/2017    Judge: Hon. Richard J Carey <br>   By: Jury Trial    Nolle Prosequi <br><br>Charge #8 INDECENT A&B ON CHILD UNDER 14 c265 §13B <br>   On: 01/10/2017    Judge: Hon. Richard J Carey <br>   By: Jury Trial    Nolle Prosequi | | |
| 01/10/2017 | Defendant sentenced:: Sentence Date: 01/10/2017    Judge: Hon. Richard J Carey <br><br>Charge #: 1 RAPE OF CHILD WITH FORCE c265 §22A <br>   State Prison Sentence    Not Less Than: 10 Years, 0 Months, 0 Days    Not More Than: 12 Years, 0 Months, 0 Days <br><br>Charge #: 2 RAPE OF CHILD WITH FORCE c265 §22A <br>   State Prison Sentence    Not Less Than: 10 Years, 0 Months, 0 Days    Not More Than: 12 Years, 0 Months, 0 Days <br>   Served Concurrently Charge # 1 <br><br>Charge #: 3 RAPE OF CHILD WITH FORCE c265 §22A <br>   State Prison Sentence    Not Less Than: 10 Years, 0 Months, 0 Days    Not More Than: 12 Years, 0 Months, 0 Days <br>   Served Concurrently Charge # 1 <br><br>Committed to MCI - Cedar Junction (at Walpole)    Credits 32 Days <br><br>Further Orders of the Court: <br><br>   by agreement and per order of the Court; Court recommends that this sentence be served at the Hampden County House of Correction | | |
| 01/10/2017 | Issued on this date: <br><br>Mitt For Sentence (First 6 charges) <br>Sent On: 01/10/2017 15:55:40 | 59 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/10/2017 | Defendant sentenced:: Revision Date: 01/10/2017    Judge: Hon. Richard J Carey<br>Charge #: 4 RAPE OF CHILD WITH FORCE c265 §22A<br><br>Financials:<br>　　Probation Fee assessed.　　Amount $7800.00<br>Further Orders of the Court:<br>　　Added conditions;1) Stay away /no contact direct or indirect with victim; 2) Stay away /no contact with minor children; 3) Participate/Receive sex offender treatment; 4) Register as a sex offender; 5) Be outfitted with GPS monitor. The Court recommends that this sentence be served at the Hampden County HOC  R64 & 65 advised; DNA duty-reminded; All other fees including BA, DNA, VWF and GPS are waived by the Court<br>Probation:<br>　　Risk/Need Probation   Duration: 10 Years, 0 Months, 0 Days<br>　　Start Date: 01/10/2017    End Date: 01/09/2027 | | |
| 01/19/2017 | Notice of appeal from sentence to MCI - Cedar Junction (at Walpole) filed by defendant | 60 | Image |
| 01/19/2017 | Notification to the Appellate Division sent. | | |
| 01/20/2017 | Defendant 's   Motion to Withdraw Trial Counsel and Appoint Successor Appellate Counsel N. 2/1/17 Carey,J | 61 | |
| 01/20/2017 | Notice of appeal filed.<br><br>　　Applies To: Libby, Jeremy M (Defendant); Elkins, Esq., Marissa Leigh (Attorney) on behalf of Libby, Jeremy M (Defendant) | 62 | Image |
| 01/31/2017 | Appeal for review of sentence entered at the Appellate Division:<br>Originating Court: Hampden County<br>Receiving Court: Suffolk County Criminal<br>Case Number: 1784AD167-HD<br>; | | |
| 01/31/2017 | Court Reporter Amy Foulks is hereby notified to prepare one copy of the transcript of the evidence of 06/24/2013 09:35 AM Status Review | 63 | |
| 01/31/2017 | Court Reporter Amy Foulks is hereby notified to prepare one copy of the transcript of the evidence of 08/19/2016 09:17 AM Non-Evidentiary Hearing to Dismiss | 64 | |
| 01/31/2017 | Court Reporter Elizabeth Marzano is hereby notified to prepare one copy of the transcript of the evidence of 05/14/2013 09:15 AM Evidentiary Hearing on Suppression | 65 | |
| 01/31/2017 | Court Reporter Sara Adams is hereby notified to prepare one copy of the transcript of the evidence of 01/03/2017 10:00 AM Jury Trial, 01/04/2017 09:00 AM Jury Trial, 01/06/2017 09:00 AM Jury Trial, 01/10/2017 02:00 PM Hearing for Sentence Imposition | 66 | |
| 01/31/2017 | Court Reporter Alicia Cayode-Kyles is hereby notified to prepare one copy of the transcript of the evidence of 01/05/2017 09:00 AM Jury Trial | 67 | |
| 02/01/2017 | Court Reporter FTR 8 is hereby notified to prepare one copy of the transcript of the evidence of 01/04/2017 09:00 AM Jury Trial | 68 | |
| 02/01/2017 | Court Reporter Judith Donnellan is hereby notified to prepare one copy of the transcript of the evidence of 05/21/2013 03:00 PM Evidentiary Hearing on Suppression | 69 | |
| 02/03/2017 | Endorsement on Motion to withdraw trial counsel and appoint successor appellate attorney, (#61.0):  ALLOWED | | |
| 02/07/2017 | List of exhibits | 70 | Image |
| 02/07/2017 | List of exhibits | 71 | Image |
| 03/24/2017 | Attorney appearance<br>On this date Marissa Leigh Elkins, Esq. dismissed/withdrawn as Appointed - Indigent Defendant for Defendant Jeremy M Libby | | |
| 03/24/2017 | Attorney appearance<br>On this date Suzanne LeVert, Esq. added as Appointed - Appellate Action for Defendant Jeremy M Libby | 72 | |
| 04/13/2017 | CD of Transcript of 01/05/2017 09:00 AM Jury Trial received from Alicia Cayode-Kyles. | | |
| 05/05/2017 | CD of Transcript of 01/04/2017 09:00 AM Jury Trial received from FTR 8// Audio Recording Transcribed by: Elizabeth Hayes of Hayes Court Recording 8200 Twelve Oaks Circle, No. 423 Naples, FL. 34113. | | |
| 05/12/2017 | Court Reporter Christie Aarons is hereby notified to prepare one copy of the transcript of the evidence of 01/04/2017 09:00 AM Jury Trial<br>PM Portion | 73 | |
| 05/23/2017 | CD of Transcript of 01/03/2017 09:07 AM Jury Trial, 01/04/2017 09:00 AM Jury Trial, 01/06/2017 09:00 AM Jury Trial, 01/10/2017 02:00 PM Hearing for Sentence Imposition received from Sara Adams.<br>(AM Portion of 1/4/17 date) | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/08/2017 | Order from Appellate Division of the Superior Court for the Review of Sentence it is ORDERED: the appellant withdrew his petition for review of sentence N. 6/8/17 Probation Department (Piecuch,S, Deputy Asst. Clerk) | 74 | |
| 06/09/2017 | No Transcript on 1/4/17 PM Portion from Christie Aarons, Ct. Reporter b/c it was recorded on FTR-8. | | |
| 06/26/2017 | CD of Transcript of 05/14/2013 09:15 AM Evidentiary Hearing on Suppression received from Elizabeth Marzano. | | |
| 10/25/2017 | CD of Transcript of 05/21/2013 03:00 PM Evidentiary Hearing on Suppression received from Judith Donnellan. | | |
| 03/01/2018 | CD of Transcript of 06/24/2013 09:35 AM Status Review, 08/19/2016 09:17 AM Non-Evidentiary Hearing to Dismiss received from Amy Foulks. | | |
| 03/08/2018 | Attorney appearance On this date Lee Baker, Esq. dismissed/withdrawn as Attorney for the Commonwealth for Prosecutor Commonwealth | | |
| 03/08/2018 | Attorney appearance On this date Katherine E McMahon, Esq. added as Attorney for the Commonwealth for Prosecutor Commonwealth | | |
| 03/08/2018 | Appeal: notice of assembly of record sent to Counsel Applies To: Commonwealth (Prosecutor); Libby, Jeremy M (Defendant); McMahon, Esq., Katherine E (Attorney) on behalf of Commonwealth (Prosecutor); LeVert, Esq., Suzanne (Attorney) on behalf of Libby, Jeremy M (Defendant) | 75 | |
| 03/08/2018 | Appeal: Statement of the Case on Appeal (Cover Sheet). Applies To: Commonwealth (Prosecutor); Libby, Jeremy M (Defendant); McMahon, Esq., Katherine E (Attorney) on behalf of Commonwealth (Prosecutor); LeVert, Esq., Suzanne (Attorney) on behalf of Libby, Jeremy M (Defendant) | 76 | |
| 03/16/2018 | Notice of Entry of appeal received from the Appeals Court | 77 | Image |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Disposed by Jury Verdict | 01/10/2017 | Carey, Hon. Richard J |